770 A.2d 309

**Gennaro RAUSO, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Kathleen Zwierzyna, Secretary, Appellee.**

No. 25 M.D. Appeal Docket 2001.

Supreme Court of Pennsylvania.

April 17, 2001.

Reargument Denied June 5, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 17th day of April, 2001, probable jurisdiction is noted and the order appealed is affirmed.